United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20309
Conference Calendar
_____

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

MARTIN COMPEAN-PORTALES,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-790-ALL
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Martin Compean-Portales (Compean) appeals his conviction and

the sentence he received after he pleaded guilty to reentry into

the United States after having been convicted of an aggravated

felony.  Compean argues that he received the ineffective

assistance of counsel.  Because the record is insufficiently

developed to permit this court to fairly evaluate his claim on

direct appeal, we decline to resolve the issue.  United States v.

Haese, 162 F.3d 359, 363 (5th Cir. 1998).  We do so without

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

prejudice, so that Compean retains the right to dispute his counsel's effectiveness collaterally.  <u>United States v. Palmer</u>, 122 F.3d 215, 221-22 (5th Cir. 1997).

AFFIRMED.